IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GROWTHWEAVER, LLC, | : | |
| Plaintiff, | : | Case No. 2:14-cv-02101-GP |
| v. | : | |
| DIGITAL FIRST MEDIA, INC. and JOHN AND JANE DOES NOS. 1–10, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

TO THE CLERK:

Kindly dismiss without prejudice the Complaint filed by plaintiff, GrowthWeaver, LLC, and against defendants Digital First Media, Inc. and John and Jane Does Nos. 1-10, on April 10, 2014, in accordance with Federal Rule of Civil Procedure 41(a).

Dated:  June 23, 2014          Respectfully submitted,

                               FOX ROTHSCHILD LLP

                                 */s/ Maura L. Burke*
                               Maura L. Burke, Esquire (I.D. No. 308222)
                               2000 Market Street, 20th Floor
                               Philadelphia, PA  19103
                               Tel. (215) 299-2000
                               Fax (215) 299-2150
                               *Attorneys for plaintiff, GrowthWeaver, LLC*

Of counsel:
Christopher J. Dawes, Esquire
Risa B. Brown, Esquire
Fox Rothschild LLP
1225 Seventeenth Street, Suite 2200
Denver, CO  80202

1

## CERTIFICATE OF SERVICE

I, Maura L. Burke, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Complaint was served on this 23rd day of June, 2014, upon the following counsel:

>Pulp Finish 2 Company f/k/a
>Digital First Media, Inc.
>c/o Corporation Service Company
>2711 Centerville Rd., Ste. 400
>Wilmington, DE 19808
>*Defendant*

>　　*/s/ Maura L. Burke*
>　　MAURA L. BURKE